**Order entered November 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01281-CR
No. 05-13-01282-CR
No. 05-13-01283-CR

**FERNANDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-73063-J, F11-40692-J, F13-53458-J**

# ORDER

The reporter's record has been filed in these appeals, but the clerk's records have not been filed. Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE